**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| R.W. CHELSEA ENERGIE LTD.; SYMBION POWER HOLDINGS LLC; and SYMBION POWER LLC,<br><br>　　　　　　　　Petitioners,<br><br>　　　v.<br><br>VISION INDIAN OCEAN (V.I.O.) SA,<br><br>　　　　　　　　Respondent. | Case No.: _____ |

**DECLARATION OF LEVON GOLENDUKHIN IN SUPPORT OF PETITIONER'S PETITION TO VACATE ARBITRATION AWARD**

LEVON GOLENDUKHIN declares pursuant to 28 U.S.C. § 1746:

1.　　I am attorney-at-law of the State of New York and counsel at Eversheds Sutherland (US) LLP, attorneys for R.W. Chelsea Energie Ltd. ("Chelsea Energie"). Chelsea Energie, Symbion Power Holdings LLC ("SPH"), and Symbion Power LLC ("SPLLC"), together are the "Petitioners". I submit this declaration in support of Petitioners' Petition to Vacate the Final Award, dated July 10, 2024, as modified, dated August 21, 2024 (the "Award"), in *Symbion Energy Holdings Ltd. (Cyprus) et al. v. Vision Indian Ocean (V.I.O.) SA*, ICDR Case No. 01-20-0000-4822 (the "Arbitration"), and to supply the Court with certain documents and information supporting Petitioners' Petition.

2.　　Attached as Exhibit 1 is a copy of the Final Award, dated July 10, 2024, in *Symbion Energy Holdings Ltd. (Cyprus) et al. v. Vision Indian Ocean (V.I.O.) SA*, ICDR Case No. 01-20-0000-4822 ("Award").

3. Attached as Exhibit 2 is a copy of the Disposition of Application for Modification of Award in *Symbion Energy Holdings Ltd. (Cyprus) et al. v. Vision Indian Ocean (V.I.O.) SA*, ICDR Case No. 01-20-0000-4822, dated August 19, 2024, which was transmitted to the parties on August 21, 2024 ("Disposition for Modification of Award").

4. Attached as Exhibit 3 is a copy of the Shareholders' Agreement by and between Alpha Innovations Management Ltd., Haim Taib, and Alexander Oppenheim; Symbion Power Holdings, LLC, R. W. Chelsea Holdings Ltd., Lord Westbury Richard Nicholas, and Paul David Hinks; and VIMA Real Estate SARL, dated November 8, 2016 ("Shareholders' Agreement").

5. Attached as Exhibit 4 is a copy of the 2013 AAA's Commercial Arbitration Rules ("Rules").

6. Attached as Exhibit 5 are copies of two letters from VIO's counsel, dated July 25 and 26, 2024 ("VIO's correspondence").

7. Attached as Exhibit 6 is a copy of the AAA Detail Invoice/Statement to Vision Indian Ocean (V.I.O.) SA, dated July 26, 2024 ("AAA VIO Invoice").

8. Attached as Exhibit 7 is a copy of the Expert Opinion of Nityesh Peetumber, dated October 19, 2022 ("Peetumber Expert Opinion").

9. Attached as Exhibit 8 are copies of the relevant pages 181, 197 and 206 from the transcript from Hearing, Day 3, dated October 3, 2023 ("Transcript, Day 3").

10. Attached as Exhibit 9 is a copy of the Letter from Symbion Power Mandroseza SA to The President of the Criminal Court of the Anti-Corruption Pôle of Antananarivo, filed in Case No. 1:22-mc-00092-RA, U.S. Dist. Ct., S.D.N.Y., dated October 31, 2022 ("Letter to Pôle Court").

3

11. Attached as Exhibit 10 is a copy of the Email from T. Rakotoharindrano to D. Oppenheim, with attachment, Letter from Jirama to Symbion, dated February 8, 2021 ("Jirama letter").

12. Attached as Exhibit 11 is a copy of the Letter from SPARL to the President and Counsellors of the Indictment Chamber of the Anti-Corruption Pôle of Antananarivo, dated October 19, 2021 ("SPARL letter").

13. Attached as Exhibit 12 is a copy of the Decision of the Antananarivo Anti-Corruption Court in the case *Public Prosecutor; Symbion Power Madagascar represented by Bouka, Zouzar; VIMA Real Estate SARL v Mirela Comaniciu; Paul David Hinks*, dated October 24, 2023 ("Pôle Decision").

Dated: September 6, 2024
      New York, NY

                                             /s/ Levon Golendukhin
                                             LEVON GOLENDUKHIN