**Eversheds Sutherland (US) LLP**
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036-7703

D: 212.287.6928
F: 212.389.5099

levongolendukhin@eversheds-sutherland.com

**EVERSHEDS SUTHERLAND**

**MEMO ENDORSED**

October 11, 2024

**Via ECF**
Hon. Dale E. Ho
District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

> Application DISMISSED AS MOOT. The Clerk of Court is directed to terminate ECF No. 15. SO ORDERED.
>
> Dated: October 15, 2024
> New York, New York
>
> Dale E. Ho
> United States District Judge

Re:   R.W. Chelsea Energie Ltd. v. Vision Indian Ocean (V.I.O.) SA,
        Case No. 24-cv-06790-DEH

Dear Judge Ho:

We write on behalf of Petitioners R.W. Chelsea Energie Ltd., Symbion Power Holdings LLC, and Symbion Power LLC (together, "Petitioners") in the above-referenced matter. Yesterday, on October 10, 2024, Petitioners filed an Emergency Motion for Alternative Service of Process (the "Motion") on Respondent Vision Indian Ocean (V.I.O.) SA ("VIO") of their Petition to Vacate Arbitration Award, Case Number 24-cv-06790-DEH, along with accompanying and related documents (ECF Nos. 15-17).

After the Motion was filed, Petitioners were informed that service was successfully effected on VIO in Madagascar that same day, on October 10, 2024. Reference is made to the Declaration of Phillipe Disaine Rakotondramboahova in Support of Petitioners' Emergency Motion for Alternative Service of Process, dated October 11, 2024 and its accompanying Exhibits A-D, submitted as exhibits to this letter. Accordingly, Petitioners respectfully notify the Court that their Motion has now become moot.

Sincerely,

*/s/Levon Golendukhin*

**Levon Golendukhin**
EVERSHEDS SUTHERLAND (US) LLP

LG:

Attachments

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

51750856.1