**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

R.W. CHELSEA ENERGIE LTD.;
SYMBION POWER HOLDINGS LLC;
AND SYMBION POWER LLC,

        Petitioners,

    v.

VISION INDIAN OCEAN (V.I.O.) SA,

        Respondent.

Case No. 1:24-cv-06790-DEH

**JUDGMENT**

    **THIS MATTER** having come before this Court on Petitioners R.W. Chelsea Energie Ltd., Symbion Power Holdings LLC, and Symbion Power LLC's (collectively, "Petitioners") Petition to Vacate (the "Petition to Vacate") (ECF No. 7) the Arbitration Award issued by Arbitrator Tina Cicchetti, dated July 10, 2024, as modified by the disposition of the application for modification of the award, dated August 19, 2024 (the "Award"), and Respondent Vision Indian Ocean (V.I.O.) SA's ("Respondent") Motion to Confirm the Arbitration Award (the "Motion to Confirm") (ECF No. 28); and the Court having considered the written submissions of Petitioners and Respondent; and for the reasons stated in the Court's Opinion and Order dated December 1, 2025;

    It is on this eighth day of December, 2025,

    **ORDERED, ADJUDGED, AND DECREED** as follows:

1. Petitioners' Petition to Vacate is DENIED.

2. Respondent's Motion to Confirm is GRANTED.

3. The Award is CONFIRMED.

4. Petitioners shall pay to Respondent the sums of:

    a.  $488,685.00 plus 10% simple interest per annum from November 8, 2016, through the date of the Award, July 10, 2024, as set forth in paragraph 626.a of the Award;

    b.  $144,350.00, as set forth in paragraph 626.c of the Award; and

    c.  $3,371,247.09, as set forth in paragraph 626.d of the Award.

5.  Petitioners shall pay to Respondent:

    a.  pre-judgment interest on the sum of the amounts set forth in paragraph 4 above at the rate of 10% per annum from the date of the Award, July 10, 2024, through the date of entry of judgment; and

    b.  post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a) from the date of entry of judgment through the date that Petitioners satisfy their payment obligations.

6.  The Clerk of Court is respectfully directed to close the case.

Dated:  December 8, 2025

_____
DALE E. HO
United States District Judge