UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.W. Chelsea Energie Ltd et al,

                    Petitioners,

            v.

Vision Indian Ocean (V.I.O.) SA,

                    Respondent.

24-CV-6790 (DEH)

ORDER

DALE E. HO, United States District Judge:

Upon review of the Motions at ECF Nos. 52-55, the Court STAYS execution of the Judgment and proceedings to enforce it *sine die* to allow the Court to consider the Motion to Correct Judgment at ECF No. 52. Respondent is hereby **ORDERED** to file an opposition brief, if any, on or before **January 16, 2026**, indicating whether it agrees that the Judgment awards incorrect relief. If Respondent agrees that the Judgment is incorrect, Respondent shall file a proposed Amended Judgment. Petitioners will have until **January 23, 2026,** to file a reply brief and an alternative proposed Amended Judgment should Petitioners continue to find error in the Judgment proposed by Respondents.

SO ORDERED.

Dated: January 9, 2026
       New York, New York

                                    _____
                                         DALE E. HO
                                    United States District Judge