UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.W. Chelsea Energie Ltd, et al.,
Petitioners,

v.

Vision Indian Ocean (V.I.O) SA,
Respondent.

24-CV-6790 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' joint letter, ECF No. 72, which it construes as a motion to compel. The motion is **GRANTED**. Respondents have made a sufficient showing to raise reasonable doubt as to the bona fides of the transactions at issue, such that they have adequately demonstrated entitlement to the documents sought. *Phoenix Bulk Carriers (BVI), Ltd. v. Triorient, LLC*, No. 20 Civ. 936, 2021 WL 621226, at *3 (S.D.N.Y. Feb. 17, 2021). Moreover, they have sufficiently demonstrated possession, custody, or control for purposes of this motion given Mr. Hinks' status as the sole owner of Symbion Holdings, which, in turn, is the sole owner of Symbion Power, and also his role as the sole officer, manager, or director of the Symbion Parties, for which he functions as CEO and Chairman.

Petitioners are therefore **ORDERED** to produce responsive documents to Request Nos. 25-41.

SO ORDERED.

Dated: August 28, 2026
New York, New York

DALE E. HO
United States District Judge